IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re:

C&C ENTITY, LP,

        Debtor.

Chapter 11
Case No. 20-13775-amc
Joint Administration Requested[1]

---

In re:

CARDILE MUSHROOMS C&M, LLC,

        Debtor.

Chapter 11
Case No. 20-13776-mdc

---

In re:

CARDILE MUSHROOMS C&M, LLC,

        Debtor.

Chapter 11
Case No. 20-13776-mdc

---

**MOTION FOR ADMISSION *PRO HAC VICE***

    COMES NOW Gary F. Seitz of Gellert Scali Busenkell & Brown LLC, a member of the bar of this Court, and moves this Court pursuant to Local Bankruptcy Rule 2090-1 to admit Paul A. Levine, Esquire (the "Applicant"), *pro hac vice*, to appear as attorney for Community Federal Savings Bank ("CFSB"), a secured creditor and party-in-interest in these proceedings.

    I hereby certify that I know (or after reasonable inquiry believe) that said Applicant is a member in good-standing of the State and Federal courts set forth in her Declaration and that said Applicant's private and personal character is good.

---

[1] The Debtors are: Cardile Mushrooms C&M, LLC, Cardile Mushrooms, Inc. and C&C Entity, L.P.

The undersigned requests that this Motion be granted without hearing under Local Bankruptcy Rule 9014-2.  This Motion is supported by the Declaration of Paul A. Levine in support of Motion for Admission Pro Hac Vice.

Dated this 21st day of September 2020.

/s/ Gary F. Seitz

_____

Gellert, Scali, Busenkell & Brown LLC
By:  Gary F. Seitz (PA Bar 52865)
8 Penn Center, Suite 1901
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: 215-238-0011 / gseitz@gsbblaw.com