## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------

In re:

CARDILE MUSHROOMS C&M, LLC, *et al.*

                          Debtors.

Chapter 11

Case No. 20-

Jointly Administered

-------------------------------------------------------------------

### DECLARATION IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, Paul A. Levine, Esquire, in support of the Motion for Admission *Pro Hac Vice* filed by Gary F. Seitz .seeking admission in the above-captioned case to appear as attorney for Community Federal Savings Bank ("CFSB"), a secured creditor and party-in-interest, hereby declares under penalty of perjury as follows:

1.      I am attorney for CFSB in the above-referenced bankruptcy estates and seek to be admitted *pro hac vice* in this case.

2.      I am a partner with the law firm of Lemery Greisler LLC, located at 50 Beaver Street, 2nd Floor, Albany, New York 12207.  My phone number is (518) 433-8800; my facsimile number is (518) 433-8823; and my e-mail address is plevine@lemerygreisler.com.

3.      I have been admitted to practice before the following Courts on the following dates:

      a.      State of New York (1987)

      b.      United States District Court for the Northern District of New York (1989).

      c.      United States District Court for the Southern District of New York (1991).

      d.      United States District Court for the Western District of New York (2004).

      e.      United States District Court for the Eastern District of New York (2009)

f.    District of Columbia (1988).

4.    I am in good standing and eligible to practice in each of the Courts set out in paragraph 3 above.

5.    I am not currently suspended or disbarred in any jurisdiction.

6.    No disciplinary matters involving me are currently pending.

7.    I have read the Local Rules for the United States District Court, Eastern District of Pennsylvania, and the Local Rules of this Court.

8.    I am registered to use the CM/ECF System for the United States Bankruptcy Courts for the Northern, Southern, Eastern and Western Districts of New York; United States District Court for the Northern, Southern, Eastern and Western Districts of New York.  Upon information and belief, the CM/ECF Systems of the Courts are comparable to the CM/ECF training of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

9.    I will file a notice with the Clerk if any of the foregoing statements change during the pendency of the case within 14 days of such change in circumstance.

10.    I seek *pro hac vice* admission under the provisions of Local Rule 2090-1.  I understand and acknowledge that the entry of an Order admitting me as an attorney *pro hac vice* shall not be effective until the admission fee established by the District Court is paid in full.

Executed this ___ day of September 2020.

_____

Paul A. Levine