IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

In re:

C&C ENTITY, LP

          Debtors.

Chapter 11
Case No. 20-13775-amc

---

## ORDER GRANTING *PRO HAC VICE* ADMISSION

The above-captioned matter came before this court upon the motion for admission *pro hac vice* filed by Gary F. Seitz seeking admission of Paul A. Levine in the above-captioned proceedings. Upon careful consideration of the same, together with the declaration of the said Paul A. Levine, and it appearing that the requirements of rule 2090-1 of the Local Rules Of The United States Bankruptcy Court for the Eastern District of Pennsylvania having been satisfied, it is therefore,

**ORDERED**, that Paul A. Levine be, and he hereby is, admitted to practice before this court in this case for representation of Community Federal Savings Bank, a secured creditor and party-in-interest herein.

DATED THIS ___ DAY OF SEPTEMBER 2020.

 

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE