IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------

In re:

                                                Chapter 11

C&C ENTITY, LP                              Case No. 20-13775-amc

                          Debtors.

------------------------------------------------------------------

## **CERTIFICATE OF SERVICE**

I, Gary F, Seitz, hereby certify that I caused a copy of the foregoing motion for admission *pro hac vice*, proposed Order and declaration to be served on the Clerk's Service list by CM/ECF, email or first class mail.

Dated: September 21, 2020

                                              /s/ Gary F. Seitz
                                              Gary F. Seitz, (PA ID No. 52865)
                                              GELLERT SCALI BUSENKELL & BROWN LLC
                                              1628 JFK Blvd, Ste 1901
                                              Philadelphia, PA  19103
                                              (215) 238-0010
                                              gseitz@gsbblaw.com
                                              Counsel for Plaintiff Community Federal Savings Bank